B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>**WESTERN** DISTRICT OF *KENTUCKY* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Mid-Continent University, Inc.,*<br>*a  Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *61-0673582* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>*99 Powell Road East*<br>*Mayfield, KY*     ZIPCODE *42066* | Street Address of Joint Debtor (No. & Street, City, and State):     ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Graves* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>*SAME*     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*     ZIPCODE |
|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  *Education*

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offiicial Form 3B.

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/13)                                                                                                    FORM B1, Page    2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mid-Continent University, Inc., a Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | **(If more than two, attach additional sheet)** | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | **(If more than one, attach additional sheet)** | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b> _____   *9/30/2014*<br>    Signature of Attorney for Debtor(s)         Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                                              FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Mid-Continent University, Inc., a Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Mark C. Whitlow*
Signature of Attorney for Debtor(s)

*Mark C. Whitlow 76515*
Printed Name of Attorney for Debtor(s)

*Whitlow, Roberts, Houston & Straub, PLLC*
Firm Name

*P.O. Box 995*
Address

*300 Broadway*

*Paducah, KY  42002-0995*

*270-443-4516*
Telephone Number

*9/30/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Tom Walden*
Signature of Authorized Individual

*Tom Walden*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*9/30/2014*
Date

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY

In re  *Mid-Continent University, Inc.*
　　 *a  Corporation*

Case No.

Chapter  *11*

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Cooley, LLP<br><br>5th Floor<br>San Francisco CA  94111-5800 | Phone:<br>Cooley, LLP<br>101 California Street<br>5th Floor<br>San Francisco CA  94111-5800 | | | $ 384,665.60 |
| 2<br>KHEAA<br>P.O. Box 4250<br>Frankfort KY 40604-4250 | Phone:<br>KHEAA<br>P.O. Box 4250<br>Frankfort KY 40604-4250 | | | $ 350,537.00 |
| 3<br>Commonwealth of KY Div. of Unemployment Ins.<br>Benefits Branch<br>Chargeability<br>Frankfort KY 40621 | Phone:<br>Commonwealth of KY Div. of Unemployment Ins.<br>Benefits Branch<br>Chargeability<br>Frankfort KY 40621 | | | $ 310,246.44 |
| 4<br>CFSB<br>P.O. Box 467<br>Benton KY 42025-0467 | Phone:<br>CFSB<br>P.O. Box 467<br>Benton KY 42025-0467 | | | $ 198,325.70 |
| 5<br>KSBIT-Property & Liability Fund<br>10400 Linn Station Road<br>Louisville KY 40223-3839 | Phone:<br>KSBIT-Property & Liability Fund<br>10400 Linn Station Road<br>Louisville KY 40223-3839 | | | $ 77,461.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Pioneer College Caterers, Inc.<br>303 Glenrose Avenue<br>Nashville TN 37210-4831 | Phone:<br>Pioneer College Caterers, Inc.<br>303 Glenrose Avenue<br>Nashville TN 37210-4831 | | | $ 77,340.90 |
| 7<br>Stephen Williams<br>276 Holmes Road<br>Hickory KY 42051 | Phone:<br>Stephen Williams<br>276 Holmes Road<br>Hickory KY 42051 | | | $ 65,663.71 |
| 8<br>Chase Card Services<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | Phone:<br>Chase Card Services<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | | | $ 29,614.68 |
| 9<br>Happy D. Howard Company, Inc.<br>P.O. Box 478<br>Mayfield KY 42066 | Phone:<br>Happy D. Howard Company, Inc.<br>P.O. Box 478<br>Mayfield KY 42066 | | | $ 17,105.47 |
| 10<br>David Williams<br>5051 Jewell Lane<br>Paducah KY 42001 | Phone:<br>David Williams<br>5051 Jewell Lane<br>Paducah KY 42001 | | | $ 12,500.00 |
| 11<br>Sila Tuju<br>5201 Ridgeview Drive<br>Bowling Green KY 42101 | Phone:<br>Sila Tuju<br>5201 Ridgeview Drive<br>Bowling Green KY 42101 | | | $ 12,500.00 |
| 12<br>Paul Melvin II<br>1806 Bridge<br>Marion IL 62959 | Phone:<br>Paul Melvin II<br>1806 Bridge<br>Marion IL 62959 | | | $ 11,875.00 |

, _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13 *TCF Equipment Finance, Inc.* *11100 Wayzata Blvd.* *Hopkins MN  55305* | Phone: *TCF Equipment Finance, Inc.* *Attn: Briana Greninger* *11100 Wayzata Blvd.* *Hopkins MN  55305* | | | $ 11,190.43 |
| 14 *Speedway SuperAmerica, LLC* *P.O. Box 740587* *Cincinnati OH 45274-0587* | Phone: *Speedway SuperAmerica, LLC* *P.O. Box 740587* *Cincinnati OH 45274-0587* | | | $ 10,507.09 |
| 15 *WLEX-TV* *P.O. Box 1457* *Lexington KY 40588* | Phone: *WLEX-TV* *P.O. Box 1457* *Lexington KY 40588* | | | $ 10,340.00 |
| 16 *WKYT* *P.O. Box 14200* *Tallahassee FL 32317-4200* | Phone: *WKYT* *P.O. Box 14200* *Tallahassee FL 32317-4200* | | | $ 10,000.00 |
| 17 *Kenway Distributors, Inc.* *P.O. Box 9347* *Louisville KY 40209-9229* | Phone: *Kenway Distributors, Inc.* *P.O. Box 9347* *Louisville KY 40209-9229* | | | $ 9,693.56 |
| 18 *Comcast Spotlight* *P.O. Box 405668* *Atlanta GA 30384-5668* | Phone: *Comcast Spotlight* *P.O. Box 405668* *Atlanta GA 30384-5668* | | | $ 8,968.00 |
| 19 *Kentucky National Guard* *100 Minuteman Parkway* *Frankfort KY 40601* | Phone: *Kentucky National Guard* *100 Minuteman Parkway* *Frankfort KY 40601* | | | $ 8,655.00 |
| 20 *Jamie Summerville* *6673 County Road 437* *Hannibal MO 63401* | Phone: *Jamie Summerville* *6673 County Road 437* *Hannibal MO 63401* | | | $ 8,499.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Tom Walden* , *President* of the *Corporation* named

as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that

they are true and correct to the best of my knowledge, information and belief.

Date: *9/30/2014*       Signature */s/ Tom Walden*

Name:  *Tom Walden*

Title:  *President*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY

In re *Mid-Continent University, Inc.,*
     *a Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:  **Mark C. Whitlow**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *None-Debtor Non-Profit Corp.* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Tom Walden* , *President* of the *corporation* named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/30/2014*                    Signature: */s/ Tom Walden*

Name: *Tom Walden*

Title: *President*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY

In re *Mid-Continent University, Inc.,*
*a Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:  *Mark C. Whitlow*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *9/30/2014*

*/s/ Tom Walden*
Debtor

Accurate Door & Hardware
P.O. Box 3302
Paducah, KY  42002-3302


Amy Adams
4064 State Route 408 West
Hickory, KY  42051


Advocate Communications, Inc.
P.O. Box 149
330 South Fourth Street
Danville, KY  40423


Alpine Advertising
P.O. Box 1556
Oneonta, AL  35121


Adele Ambler
839 Evergreen Street
Calvert City, KY  42029


American Thermoplastic Company
106 Gamma Drive
Pittsburgh, PA  15238


Aramark Uniform Services
AUS St. Louis MC Lockbox
26792 Network Place
Chicago, IL  60673-1792


AT&T Mobility
P.O. Box 6463
Carol Stream, IL  60197-6463


Christopher Austin
2445 Rolling Meadows Road
Brookport, IL  62910


AVECO
Northwest Missouri State Univ.
800 University Drive
Maryville, MO  64468


David Bailey
1326 Winchester Road
New Concord, KY  42076

Michael Baker
202 Golf Cart Drive
Mayfield, KY  42066

Ballard County Chamber of Commerce
P.O. Box 322
La Center, KY  42056

Cathy Barnett
29 Galloway Lane
Benton, KY  42025

John Barnett
29 Galloway Lane
Benton, KY  42025

Nathanael Bazzell
643 Cavett Road
Kirksey, KY  42054

Bell Team Sports
P.O. Box 409
Martin, TN  38237

Kathy Belt
505 Boyd Road
Wingo, KY  42088

Blackboard, Inc.
P.O. Box 200154
Pittsburgh, PA  15251-0154

Melanie Blalock
229 Autumn Ridge
Mayfield, KY  42066

Stephani Borders
30 Frank Lane
Vienna, IL  62995

Marvin Botts
120 Ridgemont Road
Paducah, KY  42003

Bowling Green Area Chamber of Commerce
710 College Street
P.O. Box 51
Bowling Green, KY  42102


Shanna Bradley
62 Burchard Road
Melber, KY  42069


Tassi Brinkley
2120 Alton Road
Wingo, KY  42088


Bristol Broadcasting
P.O. Box 2397
Paducah, KY  42002-2397


Carrie Burnett
9366 State Route 80 West
Mayfield, KY  42066


C & W Lumber Company Incorporated
P.O. Box 147
1185 State Route 58 West
Wingo, KY  42088


C-Air & Odorite of South Central
P.O. Box 7473
Paducah, KY  42002-7473


Caldwell & Gregory, Inc.
129 Broad Street Road
Suite A
Manakin Sabot, VA  23103-2218


Daniel Calhoun
645 Denver Avenue
Paducah, KY  42001


Anita Canter
318 Fairview Drive
Mayfield, KY  42066


Lora Canter
434 Smiths Lane
Mayfield, KY  42066

Cape Electrical Supply, LLC
8566 Solution Center
Chicago, IL  60677-8005


Raymond Carroll
171 Elm Street
Dyer, TN  38330


Kelli Cates
304 Central Avenue
Mayfield, KY  42066


Cayce Mill Supply Company, Inc.
Branch 15 Mayfield
P.O. Box 689
Hopkinsville, KY  42241-0689


Emma Chapman
99 Powell Road East
Mayfield, KY  42066


Steven Christmas
623 Hillgate Road
Paducah, KY  42001


Cintas First Aid & Safety Loc #383
P.O. Box 740855
Cincinnati, OH  45274-0855


Clear Channel Broadcasting, Inc.
Somerset KY Market
P.O. Box 406504
Atlanta, GA  30384-6504


Paula Clendenen
1404 Marion Street
Carterville, IL  62918


Bonnie Clymer
809 South 8th Street
Mayfield, KY  42066


Darla Coleman
1482 Jimtown Road
Mayfield, KY  42066

Comfort Suites
6535 Paramount Park Drive
Louisville, KY  40213


Commercial Waste Disposal Incorporated
P.O. Box 9001099
Louisville, KY  40290-1099


Commonwealth Broadcasting Corp.
P.O. Box 457
Glasgow, KY  42142


Commonwealth Journal
P.O. Box 859
Somerset, KY  42502


Douglas Cook
3780 State Route 1591
Arlington, KY  42021


Country Club of Paducah
6500 Turnberry Drive
Paducah, KY  42001


Covermaster, Inc.
Department No. 022
P.O. Box 8000
Buffalo, NY  14267


Ashley Crouch
535 Leeds Drive
Paducah, KY  42003


Cunningham Dental
4570 Pecan Drive
Suite B
Paducah, KY  42001


D & C Rental & Sales, Inc.
P.O. Box 797
Mayfield, KY  42066


Katie Dachs
1014 Ballard Road
Mayfield, KY  42066

Stephanie Danielson
15 Smith Street
Calvert City, KY  42029


Chadwick Davidson
155 Hillington Drive
Paducah, KY  42001


Antonio Davis
411 Pryor Street
Apartment 12
Mayfield, KY  42066


Lindsey Davis
407 Pryor Street
Apartment 5
Mayfield, KY  42066


Robin Dawson
107 2nd Street
Almo, KY  42020


Dean Dorten Allen Ford PLLC
106 West Vine Street
Suite 600
Lexington, KY  40507


Nancy DeJournett
10795 State Route 131
Symsonia, KY  42082


Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL  60197-5275


Dickens Turf & Landscape Supply, Inc.
814 Cherokee Avenue
Nashville, TN  37207


Dish Network
P.O. Box 105169
Atlanta, GA  30348-5169


Dixie Business Showcase
P.O. Box 58153
Louisville, KY  40268

William Drake
4040 Peppertree Drive
Lexington, KY  40513


Drury Suites
2930 James Sanders Blvd.
Paducah, KY  42001


Monty Duke
P.O. Box 50
Wingo, KY  42088


Dusty's Outdoor Media, LLC
1207 Network Centre Blvd.
Suite 3
Effingham, IL  62401


Michelle Duvall
7976 State Route 121 North
Murray, KY  42071


Eagle Post
P.O. Box 729
Hopkinsville, KY  42240


Ecolab Pest Elimination Division, Inc.
26252 Network Place
Chicago, IL  60673-1262


Educational Media Foundation
Attn: Ginnie Kiser
P.O. Box 1685
Rocklin, CA  95677-7685


Justin Edwards
200 Gatewood Drive
Paducah, KY  42001


Mark Edwards
200 Gatewood Drive
Paducah, KY  42001


Elite Aire, LLC
731 Elderberry Lane
Mayfield, KY  42066

Enterprise Rent-A-Car
13425 Eastpoint Centre Drive
Suite 124
Louisville, KY  40223-5163


John Eveland
110 Woodhill Road
Bardstown, KY  40004


Falders
P.O. Box 768
Mayfield, KY  42066


Farr Better Supply
P.O. Box 565
West Paducah, KY  42086


Fedex
P.O. Box 371461
Pittsburgh, PA  15250-7461


Aaron Fenton
6525 U.S. Highway 60 West
Suite 700
Paducah, KY  42001


Fern Valley Hotel
Attn: Michelle Horn
2715 Fern Valley Road
Louisville, KY  40213


Fleet US, LLC
P.O. Box 279
315 12th Street
Dakota City, NE  68731


FNB Bank
P.O. Box 369
Mayfield, KY  42066


Follett School Solutions, Inc.
91826 Collection Center Drive
Chicago, IL  60693-0918


Four Rivers SHRM
P.O. Box 626
Paducah, KY  42002-0626

Franklin Favorite/Portland Leader
Paxton Media Group
P.O. Box 1350
Paducah, KY  42002-1350


Christa Franklin
6960 Lindview Drive
Paducah, KY  42001


Fulton Kentucky News
P.O. Box 1241
Fulton, KY  42041


Joseph Galloway
400 Lincoln Road
Elizabethtown, KY  42701


Garland Heating & Air Conditioning, Inc.
9913 State Route 45 South
Wingo, KY  42088


Wanda Gibson
2017 Washington Street
Paducah, KY  42003


Glasgow Baptist Church
401 South Street Street
Glasgow, KY  42141


GM Telcom, Inc.
635 Prince Phillip Way
Madisonville, KY  42431


Graves County Backboard Club
P.O. Box 5403
Mayfield, KY  42066


Graves County Board of Education
Attn: Kim Harrison
2290 State Route 121 North
Mayfield, KY  42066


Graves County Treasurer
Courthouse
Mayfield, KY  42066

```
Ben Graves
1208 South 16th Street
Murray, KY  42071


Kelsie Gray
801 North 36th Street
Paducah, KY  42001


Greer Neon Company, Inc.
325 West Broadway
Mayfield, KY  42066


Lindsey Gross
6120 Contest Road
Paducah, KY  42001


Shannon Hall
506 Thornton Drive
Franklin, TN  37064


Patricia Hamilton
590 Nicholson Road
Hickory, KY  42051


Hampton Inn-Bardstown
985 Chambers Blvd.
Bardstown, KY  40004


Hampton Inn-Danville
100 Montgomery Way
Danville, KY  40422


Hancock Bank and Trust Company
Attn: Chip Badgett
2501 Crossings Blvd.
Bowling Green, KY  42104


David Hargrove
1428 Meadowlark Drive
Mayfield, KY  42066


Matthew Harmon
1728 Monroe Street
Paducah, KY  42001
```

Harper Collins Publishers
P.O. Box 360846
Pittsburgh, PA  15251-6846


Jill Harris
3309 State Route 121 North
Mayfield, KY  42066


Heartland Worship Center
4777 Alben Barkley Drive
Paducah, KY  42001


Kelli Heinz
P.O. Box 1735
Murray, KY  42071


Edward Hogg
6655 Juniper Road
Newburgh, IN  47630


Holiday Inn Express
1780 Sharkey Way
Lexington, KY  40511


Kathryn Holt
46 Kincaid Hill Lane
Gorham, IL  62940


LaTara Hopson
2603 Nelson Drive
Hopkinsville, KY  42240


Dawn Hopwood
1750 Baltimore Church Road
Mayfield, KY  42066


Horizon Lawn & Tractor
40 Commerce Drive
Hickory, KY  42051


Debra Hudson
252 Lakewood Drive
Mayfield, KY  42066

James Hughes
206 Heritage Drive
Mayfield, KY  42066


Huntington National Bank
Rockwood Tower, Suite 350
3805 Edwards Road
Cincinnati, OH  45209-1940


Jacquelyn Imhoff
P.O. Box 147
Hickory, KY  42051


Kevin Imhoff
34 Southern Alley
Hickory, KY  42051


Laia Imhoff
886 Dave Miller Road
Mayfield, KY  42066


Robert Imhoff
P.O. Box 147
Hickory, KY  42051


Ruth Imhoff
34 Southern Allen
Hickory, KY  42051


Sharon Inman
P.O. Box 814
Benton, KY  42025


Internal Revenue Service
Attn: Chief, Special Procedures Function
Stop 510, PO Box 1706
Louisville, KY  40201


Jackson Purchase Medical
1099 Medical Center Circle
Mayfield, KY  42066


Tony Jackson
P.O. Box 43
Boaz, KY  42027

Jefferson County Chamber of Commerce
200 Potomac Blvd.
P.O. Box 1047
Mount Vernon, IL  62864


Jenzabar
P.O. Box 55018
Boston, MA  02205-5018


Elaine Jetton
2010 Tyler Lane
Louisville, KY  40205


Tiffany Johnson
155 Settlers Way
Stanford, KY  40484


Terry Jones
2761 Old Dublin Road
Mayfield, KY  42066


KESA The Kentucky Workers Comp
P.O. Box 856300
Dept. 114
Louisville, KY  40285-6300


Keyland USA, Inc.
208 Commerce Court
Hopkinsville, KY  42240


King's Florist
P.O. Box 416
Mayfield, KY  42066


Lakeland Spring Water Co.
P.O. Box 1062
Murray, KY  42071


Landmark Comm Newspapers
P.O. Box 1118
Shelbyville, KY  40066-1118


Lanes Mobile John Incorporated
3133 Vanzora Road
Benton, KY  42025

Sarah Lee
1721 Macedonia Church Road
Mayfield, KY  42066


Leitchfield United Methodist Church
201 West Main Street
Leitchfield, KY  42754


Franklin Lewis, Jr.
2786 State Route 301
Mayfield, KY  42066


Livetext, Inc.
1 South LaGrange Road
Second Floor
La Grange, IL  60525-2455


Harley Lockard, Jr.
9872 State Route 564 South
Farmington, KY  42040


Lourdes Ambulatory Surgery Patient
P.O. Box 9200
Paducah, KY  42002-9200


Lowes Companies Incorporated
P.O. Box 530954
Atlanta, GA  30353-0954


Henry Luckel
6555 Roubideau Creek Way
Colorado Springs, CO  80923


MailFinance
25881 Network Place
Chicago, IL  60673-1258


Mailit Xpress Incorporated
P.O. Box 1119
Paducah, KY  42002-1119


Rita Mallory
115 Old Mount Eden Road
Shelbyville, KY  40065

Lisa Marchbanks
125 Cottonwood Lane
Paducah, KY  42001

Mark's Plumbing Parts & Commercial Suppl
P.O. Box 121554
Fort Worth, TX  76121-1554

Marshall Emergency Services
P.O. Box 848777
Boston, MA  02284

Edwin Marshall
12317 Dominion Way
Louisville, KY  40299

Mason Mini Storage
2995 Hayes Road
Mayfield, KY  42066

William Mason
334 Sawyer Road East
Hickory, KY  42051

Chelsea May
185 Sophia Street
Hickory, KY  42051

Tammy May
185 Sophia Street
Hickory, KY  42051

Mayfield Board of Education
914 East College Street
Mayfield, KY  42066

Mayfield Electric & Water Systems
P.O. Box 347
Mayfield, KY  42066

Mayfield High School
Attn: Lynn Henderson
700 Douthitt Street
Mayfield, KY  42066

```
Mayfield Messenger
P.O. Box 709
Mayfield, KY  42066


Mayfield Printing
P.O. Box 469
Mayfield, KY  42066


Mayfield Radiologists
P.O. Box 918
Mayfield, KY  42066


Teddy Mays
503 Pritchard Road
Wingo, KY  42088


Tammy McElmurry
134 Hathaway Trail, Apt. 5
Paducah, KY  42003


McKenzie Regional Hospital
P.O. Box 501092
Saint Louis, MO  63150-1092


George McKenzie
618 North 6th Street
Vienna, IL  62995


Melody Meade
3761 State Route 121 North
Mayfield, KY  42066


Robert Mees
1103 Ivey Lane
Carterville, IL  62918


John Mercer
305 Greenway Drive
Mount Vernon, KY  40456


Michelle Mercer
305 Greenway Drive
Mount Vernon, KY  40456
```

Metal Mall
2713 Jimtown Road
Mayfield, KY  42066


Anita Moore
6657 State Route 440
Hickory, KY  42051


Penny Morgan
1012 West State Line Street
Fulton, KY  42041


Catherine Morris
54 Sophia Street
Hickory, KY  42051


Robert Morse
270 Peppers Mill Drive
Paducah, KY  42001


MPS
P.O. Box 930668
Atlanta, GA  31193-0668


Mt. Vernon Airport Authority
100 Aviation Drive
Mount Vernon, IL  62864


Murray Ledger & Times
P.O. Box 1040
Murray, KY  42071


NCC
245 Main Street
Dickson City, PA  18519


Neopost SE
4913 West Laurel Street
Tampa, FL  33607


Charles Nicholas
9700 Marceitta Way
Louisville, KY  40291

Edwin Nyamwala
2 South Heathrow Drive
Rome, GA  30165


Office Max
P.O. Box 101705
Atlanta, GA  30392-1705


Amanda Owen
493 County Road 1029
Bardwell, KY  42023


Tyler Owen
340 Kimberly Drive
Paducah, KY  42001


Pac-Van, Inc.
75 Remittance Drive
Suite 3300
Chicago, IL  60675-3300


Paducah Chamber of Commerce
P.O. Box 810
Paducah, KY  42002-0810


Paducah Printing Corporation
P.O. Box 193
Paducah, KY  42002-0193


Paducah Sun
P.O. Box 1350
Paducah, KY  42002-1350


Adam Parrott
71 Mossy Pine Lane
Mayfield, KY  42066


Lisa Parrott
71 Mossy Pine Lane
Mayfield, KY  42066


Patterson Medical
28100 Torch Parkway
Suite 700
Warrenville, IL  60555-3938

Tina Penrod
P.O. Box 123
Vienna, IL  62995


Michael Perkins
619 Central Avenue
Mayfield, KY  42066


Personal Strengths Publishing
P.O. Box 2605
Carlsbad, CA  92018-2605


Andrea Phillips
6538 State Route 131
Hickory, KY  42051


Matthew Pierce
2825 Lexington Road
Sbts 216
Louisville, KY  40280


Tyler Pittman
1774 LaCenter Raod
La Center, KY  42056


William Pitts
111 Golf Cart Drive
Mayfield, KY  42066


Jennifer Poff
567A Whispering Hills Drive
Nashville, TN  37211


Pomeroy I.T. Solutions
P.O. Box 631049
Cincinnati, OH  45263-1049


Teresa Proctor
129 Chariot Circle
Mayfield, KY  42066


Jackie Puckett
211 Duffers Lane
Mayfield, KY  42066

Wendy Puckett
411 Austin Springs Road
Dukedom, TN  38226


Purchase Ford
P.O. Box 1033
Mayfield, KY  42066


William Quisenberry
120 East Main Street
Apt. 917
Lexington, KY  40507


Reference Point Software
P.O. Box 270
Glyndon, MD  21071-0210


Rend Lake College
468 North Ken Gray Parkway
Ina, IL  62846


Cathy Richard
211 Parker Street
Mayfield, KY  42066


Richard's Small Engine, Inc.
101 Lov-Flor Station Road West
Paducah, KY  42001


Risk Aware, LLC
P.O. Box 12573
Norwood, OH  45212


Douglas Roach
131 Bel Aire Drive
Mayfield, KY  42066


David Ross
355 Gholson Road
Paducah, KY  42001


Molly Ross
4236 US Highway 641 North
Murray, KY  42071

Tiffany Rudesill
115 Schmidt Road
Paducah, KY  42003


Faris Sahawneh
55353 State Route 1684
Boaz, KY  42027


Kimberly Scott
2390 Bethel Road
Almo, KY  42020


Scripps-Evansville
P.O. Box 630871
Cincinnati, OH  45263-0871


Timothy Shay
3125 State Route 1241
Hickory, KY  42051


Sigma Beta Delta, Inc.
P.O. Box 210570
Saint Louis, MO  63121-0570


Sikeston Refrigeration Service, Inc.
2317 East Malone Avenue
Sikeston, MO  63801


Dena Skees
6408 Transylvania Beech Road
Prospect, KY  40059


Skeeter Kell Sporting Goods
P.O. Box 186
1300 Industrial Drive
Kennett, MO  63857


David Smith
3820 Clinton Road
Paducah, KY  42001


Somerset Parks & Recreation
Rocy Hollow Park
142 South Central Avenue
Somerset, KY  42501

Southern Association of Colleges
SACS-Commission on Colleges
1866 Southern Lane
Decatur, GA   30033-4097


Southern IL Personnel Management Associa
P.O. Box 233
Marion, IL   62959


Southern Pride Landscaping & Lawn Mainte
300 Cuba School Road
Mayfield, KY   42066


Southern Termite & Pest Control
846 East Broadway
Mayfield, KY   42066


Amber Spraggs
1750 Wingo Road
Wingo, KY   42088


Paul Stairs
4125 State Route 339 West
Wingo, KY   42088


Stamps.com
P.O. Box 202928
Dallas, TX   75320-2928


Steve's Termite and Pest Control, Inc.
P.O. Box 324
Mayfield, KY   42066


Jeri Stonecipher
244 South Friendship Road
Apartment D
Paducah, KY   42003


Andrew Stratton
P.O. Box 36
Mayfield, KY   42066


Malissa Suiter
3932 State Route 80 West
Mayfield, KY   42066

John Sullivan
9 Geneva Drive
Mayfield, KY  42066


Taylor Enterprises of KY, Inc.
1831 Taylor Avenue
Louisville, KY  40213


Ashley Taylor
307 South 15th Street
Murray, KY  42071


Thomas Taylor
275 Stiles Road
Paducah, KY  42003


The Courier-Journal-Louisville
P.O. Box 677353
Dallas, TX  75267-7353


The Southern Illinoisan
Lee Enterprises
P.O. Box 742548
Cincinnati, OH  45274-2548


The Times Tribune
P.O. Box 516
Corbin, KY  40701


This Weeks Money Stretcher
P.O. Box 617
West Frankfort, IL  62896


Paul Thompson
317 State Route 339 South
Fancy Farm, KY  42039


Kathy Thorn
30 Wadesboro Road South
Benton, KY  42025


Joel Thornton
711 Usher Street
Mayfield, KY  42066

Tracey Thornton
711 Usher Street
Mayfield, KY  42066


Time Warner Cable Media Sales
26685 Network Place
Chicago, IL  60673-1266


Townsquare Media - WBKR
25217 Network Place
Chicago, IL  60673-1252


Roger Tucker
4014 South First
Louisville, KY  40214


Christopher Turner
170 Jessamine Drive
Paducah, KY  42001


Cynthia Tweedell
241 Smiths Lane
Mayfield, KY  42066


Lacee Underwood
411 Fairlane Drive
Mayfield, KY  42066


US Bank International Association
721 Locust Street
Saint Louis, MO  63101


US Department of Education-Kansas City S
Participation Div  Fed Stu Aid
1010 Walnut Street, Suite 336
Kansas City, MO  64106-2147


Sean Vann
639 State Route 849 West
Hickory, KY  42051


Tara Vann-Shreck
1245 Lamkins Road
Hickory, KY  42051

Trisha Vowell
1330 State Route 1283
Wingo, KY  42088


Brittany Wade
1062 Weda Circle
Mayfield, KY  42066


Jason Walker
121 U.S. Highway 62
Bardwell, KY  42023


Stephanie Walker
121 U.S. Highway 62
Bardwell, KY  42023


Sharon Wallace
1187 Kevil Road
Kevil, KY  42053


Ted Wallrauch
624 Byrd Road
Mayfield, KY  42066


Traci Wallrauch
624 Byrd Road
Mayfield, KY  42066


Wal-Mart Stores
P.O. Box 9782
Department 87
Macon, GA  31297-9782


Danni Ward
400 Pleasant Grove Church Road
Hickory, KY  42051


William Ward
4100 Sunset Avenue
Paducah, KY  42001


Justin Watson
111 Walnut Court
Eddyville, KY  42038

Patricia Watson
106 Switzer Lane
Hickory, KY  42051


Amanda Watson-Smiles
4260 Woodland Hill Drive
Kevil, KY   42053


Way-FM Radio
1095 West McEwen Drive
Franklin, TN  37067


WBKO TV
P.O. Box 14200
Tallahassee, FL  32317-4200


Robert Werner
11719 Nansemond Place
Apartment C
Louisville, KY   40245


West Kentucky Rural Electric
P.O. Box 589
Mayfield, KY   42066


Western Recorder State Paper
Box 43969
Louisville, KY   40253-0969


Jason Willoughby
6910 Cairo Road
Paducah, KY   42001


Stephen Wilson
100 Circle Drive
Paducah, KY   42003


WQXE
233 West Dixie
Elizabethtown, KY   42701


Dorothy Wright
401 West McElroy Street
Morganfield, KY   42437

```
WRVK
P.O. Box 7
Renfro Valley, KY  40473


WULF 94.3 The Wolf
233 West Dixie Avenue
Elizabethtown, KY  42701


WYMC
P.O. Box V
Mayfield, KY  42066


Phillip Yang
1067 Treeline Drive
Allentown, PA  18103


Jenni Yates
67 Parrott Street
Hickory, KY  42051


Yellow Pages
P.O. Box 5010
Carol Stream, IL  60197-5010


Sonia Yewell
3104 North Avenue
Metropolis, IL  62960


Youngblood's True Value
1776 State Route 121 South
Mayfield, KY  42066-8901


Young's Plumbing, Trenching & Backhoe Se
2171 State Route 97
Mayfield, KY  42066


Zito Media
P.O. Box 431
Coudersport, PA  16915-0431
```

CFSB
P.O. Box 467
Benton, KY  42025-0467


Chase Card Services
P.O. Box 15153
Wilmington, DE  19886-5153


Comcast Spotlight
P.O. Box 405668
Atlanta, GA  30384-5668


Commonwealth of KY Div. of Unemployment
Benefits Branch Chargeability
275 East Main Street
Frankfort, KY  40621


Cooley, LLP
101 California Street
5th Floor
San Francisco, CA  94111-5800


Happy D. Howard Company, Inc.
P.O. Box 478
Mayfield, KY  42066


Kentucky National Guard
100 Minuteman Parkway
Frankfort, KY  40601


Kenway Distributors, Inc.
P.O. Box 9347
Louisville, KY  40209-9229


KHEAA
P.O. Box 4250
Frankfort, KY  40604-4250


KSBIT-Property & Liability Fund
10400 Linn Station Road
Suite 211
Louisville, KY  40223-3839


Paul Melvin II
1806 Bridge
Marion, IL  62959

Pioneer College Caterers, Inc.
303 Glenrose Avenue
Nashville, TN 37210-4831


Speedway SuperAmerica, LLC
P.O. Box 740587
Cincinnati, OH 45274-0587


Jamie Summerville
6673 County Road 437
Hannibal, MO 63401


TCF Equipment Finance, Inc.
Attn: Briana Greninger
11100 Wayzata Blvd.
Hopkins, MN 55305


Sila Tuju
5201 Ridgeview Drive
Bowling Green, KY 42101


David Williams
5051 Jewell Lane
Paducah, KY 42001


Stephen Williams
276 Holmes Road
Hickory, KY 42051


WKYT
P.O. Box 14200
Tallahassee, FL 32317-4200


WLEX-TV
P.O. Box 1457
Lexington, KY 40588