# Mid-Continent University
## Board of Trustees Resolution Related to Chapter 11 Reorganization

WHEREAS, Mid-Continent University is facing cash flow problems and has debts that it has been unable to pay when due and is facing additional debts it the future that it may be unable to pay when due, and

WHEREAS, the Board of Trustees of Mid-Continent University is aware that at some date in the future the University and its creditors may best be served by reorganization under Chapter 11 of the Bankruptcy Code, therefore be it

RESOLVED, that the Board of Trustees of Mid-Continent University gives Acting President Tom Walden the authority to file for reorganization pursuant to Chapter 11 of the Bankruptcy Code when and if he and the University's legal counsel feels it is in the best interest of Mid-Continent University and its creditors.

This Resolution was unanimously approved at a special called meeting of the Mid-Continent University Board of Trustees on September 15, 2014, by an 18 to 0 voice vote.

_Thomas A Butler_
BOARD CHAIRMAN

_Van Carter_
SECRETARY